**STATEMENT OF FACTS**

      On or about September 9, 2013, officers with the United States Capitol Police observed the defendant, Gregory Shafer, at 1 First Street, N.E., Washington, DC, walking on U.S. Capitol grounds carrying folding chair, a Coleman cooler, and 2 protest signs.  The officers made contact with the defendant and during the course of a conversation with the officers, the defendant admitted that he had a gun in the cooler he was carrying.  Officers searched the cooler, and recovered a loaded, Taurus 9mm semi-automatic handgun.  The defendant was also in possession of a machete, and was wearing a protective vest.  Officers placed the defendant under arrest.

                                            _____  
                                            OFFICER TYRONE BOND  
                                            UNITED STATES CAPITOL POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF SEPTEMBER, 2013.

                                            _____  
                                            U.S. MAGISTRATE JUDGE